**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
FELIPA VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>FELIPA VARGAS<br><br>           Defendant, | Case No.: 10-CR-00495 LJO<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

LAWRENCE J. O'NEILL AND HENRY ZAZUETA CARBAJAL, III, UNITED STATES

ATTORNEY:

   **COMES NOW** Defendant, FELIPA VARGAS by and through her attorney of record, DAVID A. TORRES hereby request that the status conference currently set for April 15, 2011 be continued to April 29, 2011 at 8:30 a.m., or a date convenient to court and counsel.

   This is a mutual agreement between myself, and United States Attorney Henry Zazueta Carbajal, III.. I am scheduled for shoulder surgery on Wednesday, April 13, 2011 and anticipate being in recovery until Sunday, April 17, 2011.  I am required to wear an ultra sling for 6 weeks post surgery.  For this reason I need the additional period.

**The defendant is willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

Based upon the foregoing, I respectfully request that this matter be continued to April 29, 2011.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO STIPULATED.

Dated: 4/8/11                                          /s/ David A. Torres
                                                       DAVID A. TORRES
                                                       Attorney for Defendant
                                                       FELIPA VARGAS

Dated: 4/8/11                                          /s/ Henry Zazueta Carbajal, III
                                                       HENRY ZAZUETA CARBAJAL, III
                                                       U. S. Attorney

# ORDER

GOOD CAUSE exists for medical reasons.   Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:   April 8, 2011**                             /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE