1   **LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
2   1318 K Street
Bakersfield, CA 93301
3   Ph.: (661)326-0857
Fax.: (661) 326-0936
4   e-mail: lawtorres@aol.com

5   Attorney for FELIPA VARGAS

6

7

8

## IN THE UNITED STATES DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13   UNITED STATES OF AMERICA,          Case No.: 10-CR-00495 LJO

14                         PLAINTIFF,   **DEFENDANTS REQUEST AND
                                        WAIVER OF APPEARANCE**

15   FELIPA VARGAS ,

16                         DEFENDANT.

17

18       Defendant hereby requests a Court Order waiving her appearance at the status conference

19   hearing scheduled for April 29, 2011.

20       The defendant is 77 years old and under medications for various ailment.  I spoke with

21   United States Attorney, Henry Zazueta Carbajal, III on Tuesday, April 26, 2011; he does not

22   object to a waiver of appearance.  It is our intention to continue this matter 5 weeks out to

23   negotiate a disposition.

24       This request is made pursuant to Fed R. Crim. P. 43 (b)(2).

25   Date: April 26, 2011

26   /s/David A. Torres                        /s/ Felipa Vargas
     Counsel for Defendant                    FELIPA VARGAS

27

28

1

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may

2

be waived on April 29, 2011.

3

4

5

6

7

8

9                                                                                          IT IS SO ORDERED.

10    **Dated:    April 27, 2011**                          /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28