```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00495 LJO |
| ) | |
| Plaintiff, ) | ORDER FOR FORFEITURE |
| ) | MONEY JUDGMENT |
| v. ) | |
| ) | |
| FELIPA VARGAS, ) | |
| ) | |
| Defendant. ) | |

Based upon the United States' Application for Forfeiture Money Judgment and the plea agreement entered into between plaintiff United States of America and defendant Felipa Vargas,

IT IS HEREBY ORDERED that

1.  The defendant Felipa Vargas shall forfeit to the United States the sum of $34,244.00 and that the Court imposes a personal forfeiture money judgment against defendant in that amount.

2.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody

and control.

3. This Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $34,244.00 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

**Dated:   July 15, 2011**               /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE