**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
FELIPA VARGAS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FELIPA VARGAS<br><br>　　　　　Defendant, | Case No.: 10-CR-00495 LJO<br><br>**STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: LAWRENCE J. O'NEILL AND HENRY ZAZUETA CARBAJAL, III, UNITED STATES ATTORNEY:

　　　**COMES NOW** Defendant, FELIPA VARGAS by and through her attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for September 23, 2011, be advance to September 19, 2011 at 8:30 a.m., or a date convenient to court and counsel.

　　　This is a mutual agreement between myself, and United States Attorney Henry Zacueta Carbajal, III . I was advised by the court clerk that the matter could be advanced prior to Friday, September 23, 2011 and requesting that the matter be heard on September 19, 2011.

.

**The defendant is willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

Based upon the foregoing, I respectfully request that this matter be advanced to September 19, 2011

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO STIPULATED.

Dated: September 14, 2011             /s/ David A. Torres
                                      DAVID A. TORRES
                                      Attorney for Defendant
                                      Felipa Vargas


Dated: September 14, 2011             /s/ Henry Zazueta Carbajal, III
                                      HENRY ZAZUETA CARBAJAL, III
                                      U. S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

/s/ Lawrence J. O'Neill

DATED: September 15, 2011

LAWRENCE J. O'NEILL
United States District Judge